THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TYRONE LESLIE FARRIS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CIV-15-1116-R |
| JOE ALLBAUGH, DIRECTOR OF THE DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) | |
| Respondent. | ) | |

# ORDER

On November 29, 2016, Petitioner filed an Objection to the Order and Judgment (Doc. No. 38) entered by the Court on November 14, 2016. The Court construes the filing as a timely motion for reconsideration. Petitioner had objected to the Report and Recommendation in part because it was a hybrid decision. The Court has reviewed the Objection and given it liberal construction pursuant to *Haines v. Kerner*. 404 U.S. 519, 520 (1972). The Court finds, however, no basis therein for disturbing its prior determination. The Court did not adopt the "hybrid" or mixed recommendation about which Petitioner complains. Rather, the undersigned concluded, based on recent authority of the Tenth Circuit, that Mr. Farris' claim regarding good conduct credits under OP-060211(II)(E)(5)(C) failed to state a claim. The Court hereby declines Petitioner's request for reconsideration.

IT IS SO ORDERED this 4th day of January, 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE